### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02414-WYD-KLM

SHARON RANGEL,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P., a Colorado limited partnership,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice once the settlement document has been executed by the parties and delivered to all counsel and the settlement funds have been received by the Plaintiff. The parties expect this to happen by December 4, 2009.

Dated: November 23, 2009.

Respectfully Submitted,

s/ David M. Larson
_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for Plaintiff

s/ Jacques A. Machol, Jr., Esq.
_____
Jacques A. Machol, Jr., Esq.
Machol & Johannes, LLC
600 Seventeenth Street, Suite 800 North
Denver, CO 80202
Telephone: (303) 539-3163
Attorney(s) for Defendant