IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02414-WYD-KLM

SHARON RANGEL,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P., a Colorado limited partnership,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Notice of Settlement** [Docket No. 6; Filed November 23, 2009].

    IT IS HEREBY **ORDERED** that the parties shall submit a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 on or before **December 4, 2009.**

Dated:  November 24, 2009