IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02414-WYD-KLM

SHARON RANGEL,

    Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P., a Colorado limited partnership,

    Defendant.

## ORDER

    THIS MATTER is before the Court on the parties' Notice of Dismissal With Prejudice, [doc.# 8], filed December 1, 2009. The Court having reviewed the notice and being fully advised of the premises, it is hereby

    ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

    Dated: December 1, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE